# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Reginald Tweed #16139 | ) | |
| Jonathan Moses #16865 | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Timothy Schuetzle, Robert Coad | ) | |
| Elaine Little, Patrick Branson, Steve Foster, | ) | |
| Steve Heidt, Barb Gross, Parole Board, | ) | |
| Classification Committee, Multi- | ) | |
| Disciplinary Committee, | ) | Case No. 1:06-cv-032 |
| | ) | |
| Defendants. | ) | |

_____

On November 13, 2006, the defendants filed a Motion for Summary Judgment. The plaintiffs subsequently filed their responses in opposition to the motion. Meanwhile, on December 19, 2006, the court directed the parties to submit proposed scheduling and discovery plans.

Meanwhile, on December 19, 2006, the court directed the parties to submit proposed scheduling and discovery plans. The parties have since complied with the court's directive. Notably, there is nothing in the parties submissions to suggest the plaintiffs require additional discovery beyond what the parties may have already exchanged in order to prepare adequate responses to the pending motion. In fact, it is appears that the motion is now ripe for the court's consideration as the record reflects the plaintiffs have filed an initial and supplemental response to the motion. Accordingly, discovery will be stayed pending a ruling the defendants' motion. The court will take the parties proposed pretrial deadlines under advisement and, if necessary, will issue a more detailed scheduling order once it has addressed the pending motion.

**IT IS SO ORDERED.**

Dated this 12th day of January, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge