IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Reginald Tweed and Jonathan Moses, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SCHEDULING SETTLEMENT** |
| | ) | **CONFERENCE** |
| vs. | ) | |
| | ) | |
| Timothy Schuetzle, et. al., | ) | Case No. 1:06-cv-032 |
| | ) | |
| Defendants. | ) | |

_____

**IT IS ORDERED:**

A settlement conference will be held before the magistrate judge on August 15, 2007, at 9:00 a.m. at the North Dakota State Penitentiary in Bismarck, North Dakota.

Given the unique posture of this case and the extensive briefing, the parties are not required to submit a settlement statement to the court.

Dated this 26th day of July, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge