# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Reginald Tweed and Jonathan Moses, | ) | |
| | ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Timothy Schuetzle, et. al., | ) | Case No. 1:06-cv-032 |
| | ) | |
| Defendants. | ) | |

___

At the heart of the present dispute is the disciplinary committee's reliance on undisclosed, confidential evidence at the plaintiff's disciplinary hearing on June 21, 2004. The defendants requested that Judge Riskedahl review this evidence during the course of the plaintiff's state habeas proceedings. The defendants shall submit this evidence for in camera review by the undersigned at least one day prior to the settlement conference scheduled for August 15, 2007.

**IT IS SO ORDERED.**

Dated this 6th day of August, 2007.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge