UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Reginald Tweed and Jonathan Moses, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:06-cv-032 |
| Timothy Schuetzle, Robert Coad, Elaine, | ) | |
| Little, Patrick Branson, Steve Foster, Steve | ) | |
| Heidt, Barb Gross, Parole Board, | ) | |
| Classification Committee, | ) | |
| Multi-Disciplinary Committee, | ) | |
| | ) | |
| Defendants. | ) | |

Before the Court is a Stipulation of Dismissal filed on October 3, 2007, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. The parties have informed the Court that they have reached an agreement to resolve this matter. The Court **ADOPTS** the parties' "Stipulation of Dismissal" (Docket No. 66) and **ORDERS** that the case be dismissed with prejudice and without costs or disbursements to either party, except the defendants have agreed to pay $500.00 of the plaintiffs' attorneys' fees.

**IT IS SO ORDERED.**

Dated this 4th day of October, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court